Revised 3/00

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

---

## 1. CAPTION OF ACTION

**A. Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

Luchiano Lewis 23B4072

Luchiana Owens

-vs-

**B. Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. NYC Police Department
2. Board of corrections
3. Attorney general's office
4. New York Post (newspaper)
5. NYS Supreme Court
6. Crossroads Juvenile Center

---

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

---

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Luchiano Lewis 23B4072

Present Place of Confinement & Address: Marcy Correctional Facility 9000 Old River Rd PO 3600 Marcy NY 13403

Attachment for Defendants information

4) Name of Defendant: Board of correction
official position of Defendant: Board Administration
Defendant is sued in ___ individual and/or _X_ official capacity
address of defendant: 1 centre st Rm 2213 New York Ny 10007

5) Name of defendant: Crossroads Juvenile center
official position of defendant: Holding facility
Defendant is sued in ___ individual and/or _X_ official capacity
address of defendant: 17 Bristol st Brooklyn Ny 11212

6) Name of defendant: Abc News
official position of defendant: News
Defendant is sued in ___ individual and/or _X_ official capacity
address of defendant: 77 W. 66th st Ny Ny 10023

7) Name of defendant: Cbs
official position of defendant: News
Defendant is sued in ___ individual and/or _X_ offical capacity
address of defendant: 51 W. 52nd st Ny Ny 10019

8) Name of defendant: Daily news
official position of defendant: News
Defendant is sued in ___ individual and/or _X_ official capacity
address of defendant: 270c Duffy ave Hicksville Ny 11801

Name and Prisoner Number of Plaintiff: __Luchiana owens__

Present Place of Confinement & Address: __po Box 178 New york Ny 10026__

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: __New york county police Dept__

(If applicable) Official Position of Defendant: __police officers__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __1 police plaza New york Ny 10038__

Name of Defendant: __office of attorney general's office__

(If applicable) Official Position of Defendant: __Attorney general__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __120 Broadway new york Ny 10271__

Name of Defendant: __New york state supreme court__

(If applicable) Official Position of Defendant: __County__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __60 Centre st New york Ny 10007__

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action? Yes_____ No __X__

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

2

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): _____
   Defendant(s): _____
   _____

2. Court (if federal court, name the district; if state court, name the county): _____
   _____

3. Docket or Index Number: _____
4. Name of Judge to whom case was assigned: _____
5. The approximate date the action was filed: _____
6. What was the disposition of the case?
   ○ Is it still pending? Yes _____ No _____
       ○ If not, give the approximate date it was resolved. _____
   ○ Disposition (check the boxes which apply):
       ☐ Dismissed (check the box which indicates why it was dismissed):
           ☐   By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
           ☐   By court for failure to exhaust administrative remedies;
           ☐   By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
           ☐   By court due to your voluntary withdrawal of claim;
       ☐ Judgment upon motion or after trial entered for
           ☐ plaintiff
           ☐ defendant.

B. Have you begun any other lawsuits in federal court which relate to your imprisonment?
   Yes _____ No __X__

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): _____
   Defendant(s): _____
   _____

3

2. District Court:_____
3. Docket Number:_____
4. Name of District or Magistrate Judge to whom case was assigned:_____
5. The approximate date the action was filed:_____
6. What was the disposition of the case?
   - Is it still pending? Yes_____ No_____
     - If not, give the approximate date it was resolved._____
   - Disposition (check the boxes which apply):
     ☐ <u>Dismissed</u> (check the box which indicates why it was dismissed):
        ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
        ☐ By court for failure to exhaust administrative remedies;
        ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
        ☐ By court due to your voluntary withdrawal of claim;
     ☐ <u>Judgment</u> upon motion or after trial entered for
        ☐ plaintiff
        ☐ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include <u>all</u> possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

Please note that it is not enough to just list the ground(s) for your action. You <u>must</u> include a statement of the facts which you believe support each of your claims.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial,

4

allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. **FIRST CLAIM:** On (date of the incident) On January 1 2025, defendant (give the name and position held of each defendant involved in this incident) New York city police Dept, CrossRoads Juvenile center, board of corrections

did the following to me (briefly state what each defendant named above did): They publicized a picture of me and my family without are consent. And with doing such action put my life in danger. And Having Knowledge of my age I should of never been put on t.v at all. And under their jurisdiction they are to get documents signed by a guardian if the person is under 18 yrs old. And by sayin statements of my case and speakin bad about me discriminating my life and endangering me. And its to this day they are givin pictures and my case to news people and others without my family's consent at all.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: discrimination, Due dilligence, due process, failure to protect, deliberate indifference,

The relief I am seeking for this claim is (briefly state the relief sought): I'm asking $80 million for slandering and mental aswish, emotional dures, pain I suffered due to it.

### Exhaustion of Administrative Remedies

According to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim:    Yes ✓    No ___

5

If your answer is yes, state the result: __Refused to Respond__
Did you appeal that decision: Yes ✔  No ___
If your answer is yes, state the result: __Kept writing__

    Attach any documents which indicate that you have
    exhausted your administrative remedies regarding this claim.

If your answer is no, state why you did not: _____

**B. SECOND CLAIM:** On (date of the incident) __1/2/25__
defendant (give the **name and position held** of **each defendant** involved in this incident) __New people of ABC news, Daily news, CBS news__

did the following to me (briefly state what each defendant named above did): __After I was convicted the news without my family's consent Broad casted on National media about my charges. And Having knowledge of me being a minor and put me in Jepandy for my life and family. THey complety Humilated me and Refused to get any consents or any permissions to do such actions. And at no time did they ask for permission to use my idenity.__

The constitutional basis for this claim under 42 U.S.C. § 1983 is: __discrimination, due process failure to protect, deliberate indiffence, Hate crime__

The relief I am seeking for this claim is (briefly state the relief sought): __I'm wantig $80 million for slandering and defarmation of character and pain; suffering, mental agwish, emotional duress__

6

## Exhaustion of Administrative Remedies

According to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim:   Yes  X    No ____

    If your answer is yes, state the result: __denied (Refused to Respond)__

    Did you appeal that decision:   Yes ____    No  X

    If your answer is yes, state the result: _____

        *Attach any documents which indicate that you have exhausted your administrative remedies regarding this claim.*

    If your answer is no, state why you did not: __I cant grieve the news cause of a non Jurisdictional area.__

If you have additional claims, use the above format to set them out on additional sheets of paper.

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

__Im Requesting that I be awarded $80 million due to slandering and wrongfully placing my picture everywhere without my consent. And I Request that it Be Removed permenantly. And my family gets compensated for discrimination.__

Do you want a jury trial?  Yes  X    No ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on __10/29/24__
               (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

__Luchiano Lewis__
__Luchiana Owens__

                       Signature(s) of Plaintiff(s)

7

## OATH PURSUANT TO THE UNAVAILABILITY OF NOTARY SERVICE

Since notary service is temporarily unavailable to me here at Marcy Correctional Facility, the place of my incarceration. I, __Luchiano Lewis__, declare, verify, and affirms under penalty of perjury that the declarations in the attached document(s) are true and correct based on my personal knowledge. Further, I respectfully request the Court accept this oath *nunc pro tunc*. See *Raynor v. Raynor*, 279 App.Div. 671 (2d Dept. 1951); 28 U.S.C.A. § 1746.

The signing of this/these document(s)

__1983 western district lawsuit   (13 pges)__
NAME OF DOCUMENT

_____
NAME OF DOCUMENT

_____
NAME OF DOCUMENT

Was/Were witnessed by the following three persons who are over 18 years of age:

__Isaac Hubbert 23B3970__   *Isaac Hubbert*   __9/14/24__
NAME (PRINT) DIN#        SIGNATURE            DATE

__James Smith 19R1314__   *James Smith*   __9/14/24__
NAME (PRINT) DIN#        SIGNATURE            DATE

__Robert nelson 23B4090__   *Robert nel—*   __9/14/24__
NAME (PRINT) DIN#        SIGNATURE            DATE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN District of New York

Luchiano Lewis
_____
Plaintiff
v.                              ) Civil Action No.
"see attachments"
_____
Defendant

## SUMMONS IN A PRO SE CIVIL ACTION

To: (Defendant's name and address)

1) CrossRodds Juvenile center
17 Bristol st
Brooklyn Ny 11212

2) Nyc Police Dept
1 police plaza
Ny Ny 10038

3) CBS news
51 w. 52nd st
New york Ny 10019

4) Daily news
270c Duffy ave
Hicksville Ny 11801

A lawsuit has been filed against you.  "see attachments"

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Luchiano Lewis
marcy cf
9000 old River Rd PO 3600
marcy Ny 13403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: _____

Signature of Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I Have mailed and served the "see attachment" by mail to all defendants.

My fees are $ 0 for travel and $ 250.00 for services, for a total of $ 250.00

I declare under penalty of perjury that this information is true.

Date: 10/20/24

*Isaac Hubbert*
Server's signature

Isaac Hubbert (friend)
Printed name and title

9000 old River Rd po 3600 Marcy NY 13403
Server's address

Additional information regarding attempted service, etc:

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: **Oneida**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **New York**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question *(U.S. Government Not a Party)*
- [ ] 4. Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31) USC 3729(a)
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District *(specify)*
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**discrimination, Due process, equal protection, failure to protect, malicious prosecution**

Brief description of cause:
**Slandering/wrongful publication**

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **80 million**

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Dear courts,

"Good morning your Honor my name is Luchiano Lewis. Im locked up at marcy of 9000 old River Rd po 3600 Marcy Ny 13403. I'm fully enclosing my 1983 lawsuit suing the city of New york and its people I ask if possible can u give me a cv# and transfer my case to Southern District court. I Have exhausted all my administrative Remedies and the people are ignoring me. And because of their actions by putting my picture and everything on news people been after my family. I was under age when I caught this and my family had never consented to my info or picture on worldwide news. And under a pacific law it states that anyone under 18 the person's intiles are only suppose to show not their picture/charges. And they need to get consent for it. And while them using my info they spoken bad about me and speaking down on me. I Have not Received nothing but my family are getting verbal threats cause of it. And I fear for my family, my safety, and my Reputation. And I ask that they Remove my picture/info out their system completly. And I ask that a order of protection Be issued against all of the defendants in such case enclosed. I Have tried to contact them about things and was ignored me by not Responding back. And due to their actions I was Hilmiated several times. I've done everything and nothing is Being done.

Luchiano Lewis