Luchiano Lewis Din# 23-B-4072
Plaintiff *Pro Se*
Franklin Correctional Facility
62 Bare Hill Road P.O. Box 10
Malone, New York 12953

June 22 2025

U.S DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Diane Gujarati, District Court Judge.
Theodore Roosevelt U.S. Cthse,.
225 Cadman Plaza East,
Brooklyn, N.Y. 11201

Dear Judge Gujarati,

      Enclosed please find an amended complaint for captioned 25-CV-01050 (DG) (CLP). Also enclosed please find affirmation of services for all of the defendants in the complaint. Thank you in advance for your time and consideration in this matter and I look forward to an expedited decision concerning this amended complaint.

      Sincerely,

*Luchiano Lewis*
Luchiano Lewis

Pc: File.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Luchiano Lewis,

                              Plaintiff,

         -Against-

THE CITY OF NEW YORK,
ABC NEWS, Television Broadcast,
CBS NEWS, Television Broadcast,
THE NEW YORK DAILY NEWS, News Paper (Print),

                            Defendants.
_____X

**AMENDED COMPLAINT**

42 U.S.C. § 1983

25-CV-01050 (DG) (CLP)

Jury Trial ☑ Yes ☐ No

## I. LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect rights guaranteed by the Constitution of the United States. Indicate below the federal basis for your claims

    ☑ 42 U.S.C. § 1983 (state, county, or municipal defendants).
    ☐ Bivens v. Sis Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
       (federal defendants)
    ☐ Other (please Specify) _____.

## II. PLAINTIFF(S) INFORMATION

       **Luchiano Lewis Din# 23-B-4072**
       **Franklin Correctional Facility**
       **62 Bare Hill Road P.O. Box 10**
       **Malone, New York 12953**

Indicate your confinement status when the alleged wrongdoing occurred:

       ☐ Pretrial detainee

☐ Civilly committed detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and musty sign the complaint; additional sheets of paper may be used and attached to this complaint.

### III. DEFENDANT(S) INFORMATION

1. THE CITY OF NEW YORK
   THE EXECUTIVE OFFICE OF THE MAYOR
   City Hall,
   New York City, N.Y. 10007

2. ABC NEWS
   77 West 66th Street
   New York, N.Y. 10023

3. CBS NEWS
   51 West 52nd Street
   New York, N.Y. 10019

4. THE NEW YORK DAILY NEWS
   270C Duffy Ave.
   Hicksville, N.Y. 11801

### IV. STATEMENT OF FACTS

1. On February 19, 2020, this Plaintiff along with two co-defendants were arrested and charged with murder in the 2nd degree and robbery in the 1st degree.

2

2. This Plaintiff, as well as his co-defendants, all between the ages of thirteen (13) and fourteen (14) years of age.

3. On February 19, 2020, this Plaintiff turned himself in to the New York City Police Department. During this time various news outlets took part in taking this Plaintiff's pictures. Before, during, and after this Plaintiff's arraignment for above stated charges.

4. As a result of the notoriety of the crimes that this Plaintiff was charged with. This Plaintiff and his mother received bias, unfiltered, harassment, death threats, and the dissemination of confidential and unsubstantiated information due to news articles, which included pictures, and confidential sources.

5. This substantiated and unsubstantiated information was disseminated by ABC NEWS, CBS NEWS, and THE NEW YORK DAILY NEWSPAPER.

6. As a consequence of this false information, this Plaintiff's mother was forced from her employment, due to confidential information being leaked by these news agencies about her, her family and the Plaintiff.

7. As a consequence of this false information, the City of New York, ABC News, CBS News and The New York Daily News acted in concert with multiple state actors to violate this Plaintiff's Fourteenth Amendment rights.

8. As a consequence of this false information, Due to various New York City entities within New York City's Government. These officially adopted policies and customs caused this Plaintiff's injuries and violated this Plaintiff's federally protected rights.

9. As a result of this false "leaked" information, in 2024 this Plaintiff was attacked with a knife by another Incarcerated Individual while incarcerated at Marcy Correctional Facility. Due to confidential information being leaked by various New York City entities; For instance, The New York City Police Department and the Crossroads Juvenile Center. In violation of this Plaintiff's Fifth Amendment, Eighth Amendment and this Plaintiff's Fourteenth Amendment. Causing deliberate indifference to the care, custody and control of this Plaintiff.

V. STATEMENT OF CLAIMS

### FIRST CLAIM

Plaintiff's claim of deliberate indifference by state actors violated this Plaintiff's federal constitutional rights, and was deliberately indifferent to the well being and safety of this Plaintiff, in violation of this Plaintiff's Eighth Amendment rights. The result of this negligence was on the part of various state actors. Example: The New York City Police Department, and the Crossroads Juvenile Center.

4

## SECOND CLAIM

ABC News, CBS News and The New York Daily Newspaper jointly participated or conspired with various state actors to violate this Plaintiff's federally protected rights by disclosing confidential and privileged information.

## THIRD CLAIM

Plaintiff was denied due process of the law under the Fifth Amendment, the Fourteenth Amendment, and the Eighth Amendment, by both private and public entities.

## FOURTH CLAIM

Plaintiffs rights against cruel and unusual punishment under the 8th Amendment of the Constitution of the United States were violated when Defendants #1, #2, #3, and #4 disclosed confidential and privileged information to the News Media concerning this Plaintiff's crime, and arrest despite this Plaintiff being a (14) Fourteen year old minor, maliciously violating New York State Statutory Law.

## VI. RELIEF REQUESTED

State briefly what relief you are seeking in this case.

This Plaintiff is seeking monetary relief in the sum of Forty Million Dollars, ($40,000,000.00), for compensatory damages.

This Plaintiff is seeking monetary relief in the sum of Forty Million Dollars, ($40,000,000.00), for punitive damages.

This Plaintiff is seeking monetary relief in the total sum of Eighty Million Dollars, ($80,000,000.00).

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___June 22,___ , 2025.

*Luchiano Lewis*
Luchiano Lewis Din# 23-B-4072
Plaintiff *Pro Se*
Franklin Correctional Facility
62 Bare Hill Road P.O. Box 10
Malone, New York 12953

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Luchiano Lewis,-

                Plaintiff,

-Against-

THE CITY OF NEW YORK,
ABC NEWS, Television Broadcast,
CBS NEWS, Television Broadcast,
THE NEW YORK DAILY NEWS, News Paper (Print),

                Defendants.
_____X

AFFIRMATION OF SERVICE

25-CV-01050 (DG) (CLP)

## AFFIRMATION OF SERVICE

I, Luchiano Lewis, make the following affirmation under penalty of perjury:

I have served a copy of the attached papers upon all of the parties in the case by placing them into a receptacle marked "US Mail" in a postage pre-paid wrapper to be duly mailed to the following addresses:

LAW DEPARTMENT
Corporation Counsel: Muriel Goode-Trufant
100 Church Street
New York, N.Y. 10007-2601

In accordance with the provisions set forth in 28 USC § 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on: June 22, 2025;

                                          Respectfully,

                                          *Luchiano Lewis*
                                          Luchiano Lewis Din# 23-B-4072
                                          Plaintiff, Pro-se
                                          Franklin Correctional Facility
                                          62 Bare Hill Road P.O. Box 10
                                          Malone, New York 12953-0010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Luchiano Lewis,-

                Plaintiff,

-Against-

THE CITY OF NEW YORK,
ABC NEWS, Television Broadcast,
CBS NEWS, Television Broadcast,
THE NEW YORK DAILY NEWS, News Paper (Print),

                Defendants.
_____X

AFFIRMATION OF SERVICE

25-CV-01050 (DG) (CLP)

## AFFIRMATION OF SERVICE

I, Luchiano Lewis, make the following affirmation under penalty of perjury:

I have served a copy of the attached papers upon all of the parties in the case by placing them into a receptacle marked "US Mail" in a postage pre-paid wrapper to be duly mailed to the following addresses:

ABC NEWS, Television Broadcast Station
77 West 66th Street
New York, N.Y. 10023

In accordance with the provisions set forth in 28 USC § 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on: June 22, 2025.

                                      Respectfully,

                                      *Luchiano Lewis*
                                      Luchiano Lewis Din# 23-B-4072
                                      Plaintiff, Pro-se
                                      Franklin Correctional Facility
                                      62 Bare Hill Road P.O. Box 10
                                      Malone, New York 12953-0010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Luchiano Lewis,-

                Plaintiff,

-Against-

THE CITY OF NEW YORK,
ABC NEWS, Television Broadcast,
CBS NEWS, Television Broadcast,
THE NEW YORK DAILY NEWS, News Paper (Print),

                Defendants.
_____X

AFFIRMATION OF SERVICE

25-CV-01050 (DG) (CLP)

## AFFIRMATION OF SERVICE

I, Luchiano Lewis, make the following affirmation under penalty of perjury:

I have served a copy of the attached papers upon all of the parties in the case by placing them into a receptacle marked "US Mail" in a postage pre-paid wrapper to be duly mailed to the following addresses:

CBS NEWS, Television Broadcast Station
51 West 52nd Street
New York, N.Y. 10019

In accordance with the provisions set forth in 28 USC § 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on:   June 22, 2025

                                      Respectfully,

                                      *Luchiano Lewis*
                                      Luchiano Lewis Din# 23-B-4072
                                      Plaintiff, Pro-se
                                      Franklin Correctional Facility
                                      62 Bare Hill Road P.O. Box 10
                                      Malone, New York 12953-0010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Luchiano Lewis,-

                Plaintiff,

-Against-

THE CITY OF NEW YORK,
ABC NEWS, Television Broadcast,
CBS NEWS, Television Broadcast,
THE NEW YORK DAILY NEWS, News Paper (Print),

                Defendants.
_____X

AFFIRMATION OF SERVICE

25-CV-01050 (DG) (CLP)

## AFFIRMATION OF SERVICE

I, Luchiano Lewis, make the following affirmation under penalty of perjury:

I have served a copy of the attached papers upon all of the parties in the case by placing them into a receptacle marked "US Mail" in a postage pre-paid wrapper to be duly mailed to the following addresses:

THE NEW YORK DAILY NEWS (paper)
270C Duffy Ave.
Hicksville, N.Y. 11801

In accordance with the provisions set forth in 28 USC § 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on: June 22, 2025.

                                                Respectfully,

                                                *Luchiano Lewis*
                                                Luchiano Lewis Din# 23-B-4072
                                                Plaintiff, Pro-se
                                                Franklin Correctional Facility
                                                62 Bare Hill Road P.O. Box 10
                                                Malone, New York 12953-0010